

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2018

No. 04-18-00153-CV

**IN THE INTEREST OF A.L.H. AND G.F.H.**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01945
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The appellee's motion for extension of time to file brief is hereby GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court